UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____ DIVISION



FILED
JUN 20 2023
Clerk, U.S. District Court
Eastern District of Texas

Lavenna Joyce Simms

Case Number: 4:23cv572 SDJ/AGD

_____
Name of Plaintiff(s)

vs

Excel Medical Staffing

_____
Name of Defendant(s)

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, Lavenna Joyce Simms, is a citizen of the United States
   (name of plaintiff)

and resides at 2828 Cliffview Dr, McKinney,
   (street address)           (city)

Collin, Texas, 75071, 310-503-0799
(county)  (state)  (zip)  (telephone)

3.. Defendant, **Excel Medical Staffing**, resides at, or its business is
(name of defendant)

located at **129 S. Main St STE 230**, **Grapevine**,
(street address) (city)

_____, **Texas**, **76051**, _____.
(county) (state) (zip) (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at **129 S. Main St STE 230**, **Grapevine**,
(street address) (city)

_____, **Texas**, **76051**.
(county) (state) (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about **03/28/2023**.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about ~~03/28/2023~~ **04/13/2023**.
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on **05/16/2023**.
(month day, year)

8. Because of plaintiff's (1) \_\_\_\_\_ race, (2) \_\_\_\_\_ color, (3) \_\_\_\_\_ sex,

   (4) \_\_\_\_\_ national origin, defendant:

   a. \_\_\_\_\_ failed to employ plaintiff.

   b. \_\_\_\_\_ terminated plaintiff's employment.

   c. \_\_\_\_\_ failed to promote plaintiff.

   d. \_\_\_\_\_ Other _____

   _____

   _____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   On 3/28/23 I exper *hjs* Please review attached page.

On 3/28/23 I experienced being ostracized and deceptively removed from my position by my new manager. The company has been going through changes of employees and was communicated that they wanted to hire younger and less experienced individuals. I am the oldest within my department, at 55.

We were in the office amongst three new team members. Our Business Development person advised he had placed an incorrect AD on Indeed, with missing requirements. I asked what the information was provided to me, and I proceeded with writing it down so that I can utilize it upon vetting candidates. I was not aware that if I asked my coworker a question in front of the new hires it was something wrong to do. Within an hour was asked to step outside of the office. While walking I asked if everything was alright. Was informed No, "you're being written up for asking questions in front of the new hires." I was flabbergasted and could not understand what I was being told, and stated, "written up for?" Then she said,"For not being a team player and having low morale. I asked where all of this was coming from as I wasn't aware nor had this been addressed previously. She also stated, "I asked you to come into the office on 3/24/23 to go over new processes." It was impossible for me to come into work because I was on medicine from the doctor and had a severe sinus infection from which I provided my return to work note as well. I didn't understand how that could be a write up. Because of the situation she placed me in and when she began to slander my character I had a panic attack. This is something I've never experienced in a work environment. The Grapevine Medics were called, and my BP was 180/129. While the medics were checking on me the owner of the company appeared and asked me to calm down. The only concern was if I had my key fob and office key to give to him and I did provide him with the items requested. He then asked if I had any personal items in the office and brought them back to me in a brown paper bag. I informed the Medic we don't have insurance so I refused any further medical attention and called my daughter to pick me up as I was in no shape to drive. Later I was sent a deceptive email from the owner that I resigned, not sure where the resignation came from because that was never discussed, at least not with myself. I have additional information with dates and timestamps to provide upon request.

LSimms

1

10. The acts set forth in paragraph 9 of this complaint:

    a. _____ are still being committed by defendant.

    b. _____ are no longer being committed by defendant.

    c. _____ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. _____ Defendant be directed to employ plaintiff.

    b. _____ Defendant be directed to re-employ plaintiff.

    c. _____ Defendant be directed to promote plaintiff.

    d. _____ Defendant be directed to _____ and that the

Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

*Lavenne Joyce Simms*